UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>CARLOS HERNANDEZ - ALMANZA )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08MJ2076<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **LEO S. PAPAS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

GUADALUPE FLORES-TORRES

DATED: 7/23/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
             DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by  _____  B. LLOYD
        Deputy Clerk

CLERK'S OFFICE COPY           ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95